# UNITED STATES DISTRICT COURT
# OF THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW P. WEST, Individually and as Independent Executor of the Estate of Justine C. Claise, deceased,<br><br>　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, ST. LOUIS UNIVERSITY, A NOT-FOR-PROFIT CORPORATION, and ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL SISTERS OF THE THIRD ORDER OF ST. FRANCIS, BELLEVILLE, ILLINOIS, A NOT-FOR-PROFIT CORPORATION,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil No. 08-646-GPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF VOLUNTARY DISMISSAL**

　　　Comes now the Plaintiff, Matthew P. West, Individually and as Independent Executor of the Estate of Justine C. Claise, by and through his attorneys, Brown & Associates, and pursuant to rule 41(a)(1)(A)(i), hereby serves notice on all parties of the dismissal of St. Elizabeth's Hospital and Saint Louis University pursuant to that rule. Plaintiff states that St. Elizabeth's Hospital and Saint Louis University have not filed an Answer or a Motion for Summary Judgment, and plaintiff is entitled pursuant to Rule 41 to accomplish voluntary dismissal of these parties by notice. By agreement, Saint Louis University and St. Elizabeth's Hospital waive costs.

BROWN & ASSOCIATES

By:   /s/ Terry N. Brown
Terry N. Brown #00320005
5520 West Main Street
Belleville, IL 62226
618/236-2887
618/236-2086 FAX
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Southern District of Illinois and deposited in the United States Mail on the 4th day of March, 2009, in Belleville, Illinois with proper postage prepaid, addressed to the following with the stated address appearing on the envelope:

Mr. Timothy S. Richards
Ms. Olivia M. Watters
Neville, Richards & Wuller, LLC
5 Park Place Professional Centre
PO Box 20070
Belleville, IL 62226
    *Attorneys for Defendant, Saint Louis University*

Michael Nester
Donovan, Rose, Nester, & Joley, P.C.
8 East Washington Street
Belleville, IL 62220
    *Attorney for Defendant, St. Elizabeth's Hospital*

Nathan E. Wyatt
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL. 62208
618-628-3700
618-622-3810 (fax)
nathan.wyatt@usdoj.gov
    *Attorney for Defendant, USA*

                              BROWN & ASSOCIATES

By:   /s/ Terry N. Brown
       Terry N. Brown #00320005
       5520 West Main Street
       Belleville, IL 62226
       618/236-2887
       618/236-2086 FAX
              *Attorney for Plaintiff*