# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW P. WEST, Individually and as Independent Executor of the Estate of Justine Claise, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 08-646-GPM ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came on before the Court on a motion for summary judgment, Judge G. Patrick Murphy presiding, and the following decision was reached:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the plaintiff Matthew P. West recover nothing, the action be dismissed on the merits, and the defendant United States of America recover costs from the plaintiff Matthew P. West.

**DATED**: October 25, 2010

NANCY J. ROSENSTENGEL, CLERK

By:   s/Linda M. McGovern
            Deputy Clerk

APPROVED:  /s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE