IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
File Number 08-646-GPM

| | |
|---|---|
| MATTHEW P. WEST, Individually and as Independent Executor of the Estate of Justine C. Claise, Deceased,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>THE UNITED STATES OF AMERICA,  )<br><br>Defendant.  ) | NOTICE OF APPEAL |

Notice is hereby given that, MATTHEW P. WEST, Individually and as Independent Executor of the Estate of Justine C. Claise, Deceased, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order GRANTING the government's Motion for Summary Judgment entered in this action on the 25th day of October, 2010.

Terry N. Brown #00320005
Brown & Associates
5520 West Main Street
Belleville, Illinois 62226
(618) 236-2887
(618) 236-2086 (facsimile)
***Attorneys for the Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Notice of Appeal was served by electronic mail and U.S. Mail, postage prepaid, from 5520 West Main Street, Belleville, Illinois, on \_November 22\_, 2010 to the following:

Nathan E. Wyatt
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL. 62208
618-628-3700
618-622-3810 (fax)
nathan.wyatt@usdoj.gov

Subscribed and Sworn to
before this 22 day of
November, 2010

*[signature]*
Notary Public

OFFICIAL SEAL
JAIME L MILLS
Notary Public - State of Illinois
My Commission Expires May 19, 2014