IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW P. WEST, Individually and as Independent Executor of the Estate of Justine C. Claise, Deceased, </br></br>        Plaintiff, </br></br>v. </br></br>THE UNITED STATES OF AMERICA, </br></br>        Defendant-Appellee. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil No. 3:08-cv-00646-GPM-DGW </br> ) </br> ) </br> ) </br> ) </br> ) |

**<u>STIPULATION FOR DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Matthew P. West, Individually and as Independent Executor of the Estate of Justine C. Claise, deceased, and the Defendant, The United States of America, to the above-captioned suit, by and through their undersigned attorneys, that upon presentation of this Stipulation to the then presiding Judge of the United States District Court for the Southern District of Illinois, the following Order may, and shall be entered in said suit dismissing said Complaint originally filed by Matthew P. West, Individually and as Independent Executor of the Estate of Justine C. Claise, deceased, with prejudice and with prejudice to the claims, demands and choses in action sued upon therein against said defendants.  Each party to bear its own costs.

/s/Terry N. Brown #00320005
Brown & Associates
5520 West Main Street
Belleville, Illinois 62226
(618) 236-2887
(618) 236-2086 (facsimile)
terry@tbrownandassociates.com
*Attorneys for the Plaintiff*

/s/Nathan E. Wyatt (by consent)
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL. 62208
618-628-3700
618-622-3810 (fax)
nathan.wyatt@usdoj.gov
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011 I electronically filed a STIPULATION FOR DISMISSAL on behalf of the plaintiff, Matthew P. West, Individually and as Independent Executor of the Estate of Justine C. Claise, deceased with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nathan E. Wyatt
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL. 62208
618-628-3700
618-622-3810 (fax)
nathan.wyatt@usdoj.gov

          Respectfully submitted,

          /s/Terry N. Brown #00320005
          Brown & Associates
          5520 West Main Street
          Belleville, Illinois 62226
          (618) 236-2887
          (618) 236-2086 (facsimile)
          *Attorneys for the Plaintiff*